TO: All Judges, Clerks of Court, and Counsel of Record
U.S. District Court; N.D. GA

CASE: 2:15-CV-00123-RWS-AJB

FROM: James Rudolph Cooley
Plaintiff

RE: Emergency Medical Leave of Absence

DATE: March 21, 2016

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR 24 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

COMES NOW, James Rudolph Cooley, and respectfully notifies all judges before whom I have cases pending, all affected clerks of court, and all opposing counsel that I will be on emergency medical leave due to loss of blood flow in my left foot and emergency surgery to repair the damage. The emergency surgery took place on March 16, 2016. Length of recovery has not been determined, so I cannot give an estimated date of return at this time. However, I will be able to provide a date of return when given a full recovery date by my physician. My physician's name is Dr. Jonathan Woody at the office of Vein Solutions, 195 King Avenue, Athens Georgia 30606; the phone number is 706-549-8306.

1. The periods of leave during which time I will be away is:

March 11th to Undetermined

The purpose of leave is the recovery of emergency surgery

2. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

*James Rudolph Cooley* (signature)

James Rudolph Cooley
JAMES RUDOLPH COOLEY
Plaintiff
402 Harpy Eagle Drive
Winder, Georgia 30680
708-428-5618

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing **Notice of Emergency Medical Leave of Absence** upon all judges, clerks, and opposing counsel listed below by depositing the same in the U.S. Mail with adequate postage affixed thereto.

This 21st day of March 2016

Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 577-6000

_____
James Rudolph Cooley
402 Harpy Eagle Drive
Winder, Georgia 30680
708-428-5618

James Rudolph Cooley
402 Harpy Eagle Drive
Winder, Georgia 30680

ATLANTA METRO 300

22 MAR 2016 PM 8 L





Clerk of Court
United States District Court, Northern District
Gainesville Division
121 Spring Street, SE Room 201
Gainesville, Georgia 30501-3789

30501378951